TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00264-CV

Bernicia Villalobos, Appellant

v.

Austin Independent School District; and Michael Moses, Commissioner

of Education, in his Official Capacity, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 97-08796, HONORABLE ERNEST C. GARCIA, JUDGE PRESIDING

PER CURIAM

 Bernicia Villalobos asks that we dismiss her appeal. We grant her motion and
dismiss her appeal.

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: November 12, 1999

Do Not Publish